# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Camelot Banquet Rooms, Inc.;
Downtown Juneau Investments, LLC;
Midrad, LLC; and
PPH Properties I, LLC;

    Plaintiffs,

v.                                                        Case No. 20-cv-601

United States Small Business Administration;
Jovita Carranza, in her official capacity as
Administrator of the Small Business
Administration; United States of America; and
Steven Mnuchin, in his official capacity as
United States Secretary of Treasury,

    Defendants.

## STIPULATION

The parties, by and through their respective undersigned attorneys, stipulate and agree that all deadlines in this case should be stayed, unless and until a dispute concerning plaintiffs' eligibility for loan forgiveness under Section 1106 of the CARES Act arises. *See* 15 U.S.C. § 9005.

Should such a dispute arise, the parties will notify the Court and propose a scheduling order for further proceedings.

The Court may enter an Order to this effect without further notice.

For the Plaintiffs:

Dated: August 20, 2020             s/ *Jeff Scott Olson*
                                              THE JEFF SCOTT OLSON LAW FIRM, S.C.
                                              Jeff Scott Olson
                                              State Bar No. 1016284
                                              131 W. Wilson St., Suite 1200
                                              Madison, WI 53703
                                              Phone: (608) 283-6001
                                              Fax: (608) 283-0945
                                              E-mail: jsolson@scofflaw.com

For the Defendants:

Dated: August 20, 2020					MATTHEW D. KRUEGER
								United States Attorney

							By: s/ *Emily A. Constantine*

								EMILY A. CONSTANTINE
								Assistant United States Attorney
								Wisconsin State Bar Number: 1087257
								CARTER B. STEWART
								Assistant United States Attorney
								Wisconsin State Bar Number: 1117543
								Office of the United States Attorney
								Eastern District of Wisconsin
								517 East Wisconsin Avenue, Room 530
								Milwaukee, Wisconsin 53202
								Telephone: (414) 297-1700
								Fax: (414) 297-4394
								emily.constantine@usdoj.gov
								carter.stewart@usdoj.gov